IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 NOV 14  P 1: 27

CLERK'S OFFICE
AT BALTIMORE

BY_____   ____DEPUTY

John K. Wiebe, et al (see attachment)           *

1390 Alison Court,

Westminster, MD 21158-2741                      *
*(Full name and address of the plaintiff)*
         **Plaintiff(s)**

         vs.                              *      Civil No.: WDQ 11 CV 3245
                                                *(Leave blank. To be filled in by Court.)*

National Security Agency

9800 Savage Road, Fort Meade, Maryland 20755    *

Federal Bureau of Investigation

935 Pennsylvania Avenue,                        *

NW Washington, D.C. 20535-0001
*(Full name and address of the defendant(s))*
         **Defendant(s)**            *
                                ******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☑ Other (explain) Suit based on Federal Rule of Criminal Procedure 41(g).

   _____

   _____

2. The facts of this case are:

Four former employees of the National Security Agency and one former employee of the U.S. Congress's House Permanent Select Committee on Intelligence had computers and other materials seized in July and November 2007 by the Federal Bureau of Investigation pursuant to a broad investigation into leaks made to the news media concerning a government-sponsored terrorist surveillance program called "TSP". The government has continued to hold property of the plaintiffs, despite the fact that four of the plaintiffs were not indicted or charged as a result of the investigation, while the criminal proceeding against a fifth (Thomas A. Drake - see related docket number provided on the cover sheet) has concluded. There are no criminal proceedings pending against the movants; accordingly, their Fed. R. Crim. P. 41(g) motion should be treated as a civil proceeding for equitable relief and their seized property, or value thereof, returned in the condition it was when seized. The property is in the possession of the Federal Bureau of Investigation at its facility located at 11700 Beltsville Drive, Suite 200, Calverton, MD 20705. When asked why they have not returned the property, the FBI responds that it has been waiting for months for the NSA to provide the FBI with its policy regarding this matter.

3. The relief I want the court to order is:

☐ Damages in the amount of: _____

☐ An injunction ordering: _____

_____

☑ Other (explain) Return of all plaintiffs' personal effects in good working order, or in the

condition they were in when seized, as applicable.

14 November 2011
(Date)

*(Signature)* John K. Wiebe

John K. Wiebe

1390 Alison Court, Westminster, MD 21158-2741

410-857-0393

(see attachment for other plaintiffs' information)
(Printed name, address and phone number of Plaintiff)

## Privacy Rules and Judicial Conference Privacy Policy

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

# LIST OF PLAINTIFFS, THEIR ADDRESSES, AND PHONE NUMBERS

John K. Wiebe
1390 Alison Court
Westminster, MD 21158

410-857-0393

---

William E. Binney
7800 Elberta Drive
Severn, MD 21144

410-551-9175

---

Diane S. Roark
2000 Scenic View Drive
Stayton, OR 97383

503-767-2490

---

Edward F. Loomis
515 Overdale Rd
Baltimore, MD 21229-2413

410-947-2369

---

Thomas A. Drake
3241 Sharp Road
Glenwood, MD 21738

410-489-7973