Wiebe, et.al. v. NSA, et.al.
RDB 11-3245

NSA Exhibit List

| 1 | Wiebe Non-Disclosure Agreement |
|---|---|
| 2 | SA Pino Declaration |
| 3 | SA Tony T. Declaration |
| 4. | Steven T. Declaration |
| 5. | Binney Non-Disclosure Agreement |
| 6. | Loomis Non-Disclosure Agreement |
| 7 | Drake Non-Disclosure Agreement |