IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN K. WIEBE, :

      Petitioner, :

v. : Civil Action No.: RDB 11-3245

NATIONAL SECURITY
AGENCY, et. al., :
                                    :

      Respondents.

## DECLARATION OF SPECIAL AGENT LAURA J. PINO
## FEDERAL BUREAU OF INVESTIGATION

I, Laura J. Pino, do hereby state and declare as follows:

(1)     I am a Special Agent with the Federal Bureau of Investigation (FBI) and currently assigned to the Baltimore field office. I have been a Special Agent for approximately fourteen and a half years. I have conducted or managed National Security investigations throughout my career.

(2)     On or about November 28, 2007, pursuant to a National Security investigation and a valid search warrant, certain items were confiscated from plaintiff Thomas A. Drake's ("Drake") residence, including, but not limited to, computers, hard drives, cd-roms, floppy disks, zip disks, thumb drives, videotapes, flashcards, a telephone, a camera, handwritten documents, typed and printed documents (including email), an all-in-one fax/copier machine, and books.

(3)     As early as December 2007, the FBI began returning personal items to Drake.

(4)     As of the time and date this declaration was executed, the FBI has returned to Drake all of the aforementioned confiscated items that the National Security Agency ("NSA") has determined do not implicate classified information, or protected information subject to the National Security Agency Act of 1959, 50 U.S.C. § 402 (the "National Security Agency Act of 1959").

(5)     On or about July 26, 2007, pursuant to a National Security investigation and a valid search warrant, certain items were confiscated from plaintiff John. K. Wiebe's ("Wiebe") residence, including, but not limited to, computers, hard

drives, mp3 players, cassette tapes, DVDs, cd-roms, zip disks, thumb drives, cameras, telephones, printers, docking stations, wireless routers, address books and miscellaneous documents.

(6) As early as December 2007, the FBI began returning personal items to Wiebe pursuant to the National Security investigation.

(7) As of the time and date this declaration was executed, the FBI has returned to Wiebe all of the aforementioned confiscated items that the NSA has determined do not implicate classified information, or protected information subject to the National Security Agency Act of 1959.

(8) On or about July 26, 2007, pursuant to a National Security investigation and a valid search warrant, certain items were confiscated from plaintiff William Binney's ("Binney") residence, including, but not limited to, computers, cameras, telephones, cd-roms, floppy disks, a mini cd, calendars, handwritten documents, typed and printed documents (including email), portions of newspapers, magazines, and a wireless router.

(9) As early as March 2010, the FBI began returning personal items to Binney.

(10) As of the time and date this declaration was executed, the FBI has returned to Binney all of the aforementioned confiscated items that the NSA has determined do not implicate classified information, or protected information subject to the National Security Agency Act of 1959.

(11) On or about July 26, 2007, pursuant to a National Security investigation, and a consent to search provided, certain items were confiscated from plaintiff Edward Loomis' ("Loomis") residence, including, but not limited to, computers, a hard drive, cd-roms, floppy disks, a microcassette, handwritten documents, typed and printed documents (including email), and newspaper clippings.

(12) As early as November 2007, the FBI began returning personal items to Loomis.

(13) As of the time and date this declaration was executed, the FBI has returned to Loomis all of the aforementioned confiscated items that the NSA has determined do not implicate classified information, or protected information subject to the National Security Agency Act of 1959.

(14) With regard to the confiscated items that have not been returned to the plaintiffs, these items are being held pending a formal determination by the NSA that the items do not contain classified information, protected information subject to the

       National Security Agency Act of 1959, or any other restricted information that should not be disclosed.

(15)    The FBI has provided the NSA access to all of the remaining confiscated items such that the NSA can conduct its review of these items.

(16)    To the extent the NSA determines, pursuant to its review, that any confiscated item does not fall within one of the aforementioned restricted categories, and the plaintiff has not indicated to the United States Government that he/she does not wish the item to be returned, the FBI will immediately return the item to the corresponding plaintiff from whom it was confiscated.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 05 11 2012

TIME: 1:40 pm

*Laura J. Pino*
Special Agent Laura J. Pino
Federal Bureau of Investigation
U.S. Department of Justice