Wiebe, et.al. v. NSA, et.al.
Case: RDB 11-3245

Edward F. Loomis, Jr. Exhibit List

| Exhibit | Title |
|---|---|
| 1 | Details of Related Events Leading to FBI Questioning |
| 2.a. | Loomis Privacy Act Request Letter, 22 July 2010 |
| 2.b. | NSA Privacy Act Reply Letter, 11 August 2010 |
| 2.c. | NSA Security File Cover Letter, 23 March 2012 |
| 2.d. | Loomis Privacy Act Appeal Letter, May 9, 2012 |
| 2.e. | ICPG Policy Number 704.3, 02 October 2008 |
| 3 | NSA Pre-publication Review Timeline of Loomis Material, May 21, 2012 |
| 4.a. | J. William Leonard Congressional Testimony, August 24, 2004 |
| 4.b. | *Washington Times*, Overclassification Overdone?, August 24, 2004 |
| 4.c. | Thomas Blanton viewgraph to Congressional Hearing, How Much Overclassification?, March 2, 2005 |
| 4.d. | Richard Weitz, *World Politics Review*, Executive Order Dispute Highlights Problems with U.S. Government Secrecy Policy, 25 June 2007 |
| 4.e. | Ben Rhodes, *www.whitehouse.gov*, The President Signs H.R. 553, The Reducing Over-Classification Act, October 07, 2010 |
| 4.f. | Wayne Madsen, *Wayne Madsen Report*, NSA, DOJ, and Courts Conspire to Cover Up NSA Fraud, Waste, Abuse, and Criminal Conspiracy at Trial, March 24, 2011 |
| 4.g. | Chloe Albanesius, *PC Magazine*, WikiLeaks Hearing Stresses Over-Classification More Than Assange, December 16, 2010 |
| 4.h. | Scott Shane, *New York Times*, Complaint Seeks Punishment for Classification of Documents, August 1, 2011 |
| 4.i. | Elizabeth Goitein and J. William Leonard, *New York Times*, America's Unnecessary Secrets, November 7, 2011 |
| 4.j. | Nathan Fuller, *Free Press News*, The Scale of American Overclassification, January 5, 2012 |