IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN K. WIEBE, et. al., :

      Petitioners, :

v.    :    Civil Action No.: RDB-11-3245

NATIONAL SECURITY
AGENCY, et. al., :
   :
      Respondents.

...oOo...

### ORDER ON MOTION TO LIFT SEAL

1. Petitioners Wiebe and Binney previously filed motions to unseal the affidavit that was the basis for the search warrants of their residences executed on July 26, 2007. (Documents No. 50 and 54)

2. The Respondents have not opposed this motion, but requested an *ex parte* conference to redact certain information consistent with applicable law and with the redactions to the affidavit unsealed previously related to a search of Petitioner Drake's residence. (Document No. 57)

3. After holding such a conference, and after reviewing and comparing the proposed redacted and unredacted materials, the relevant law, and the materials provided by the Respondents, Petitioners Wiebe and Binney's motion will be granted with the Respondents' proposed redactions. I specifically find that the redactions are appropriately tailored both to provide maximum public access and to protect essential national security interests, as represented to me by the Respondents, and in accordance with 50 U.S.C. § 402.

4. Respondents are directed to mail a copy of the approved, redacted affidavit to Petitioners Wiebe and Binney and to provide a copy to the Clerk's office for public filing under the above captioned case number.

August 20, 2012
Date

Stephanie A. Gallagher
United States Magistrate Judge