

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

In the Matter of the Search of

515 Overdale Road
Baltimore, Maryland 21229

## SEARCH WARRANT

**CASE NUMBER:** 07-2360 JKS

TO: Paul Michael Maric and any Authorized Officer of the United States

An affidavit having been made before me by Special Agent Paul Michael Maric, who has reason to believe that on the premises known as

> 515 Overdale Road, Baltimore, Maryland 21229, as more fully described in Attachment A hereto, which is incorporated in full,

in the District of Maryland, there is now concealed certain property, namely:

> See Attachment B hereto, which is incorporated in full.

I am satisfied that the affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before 8/4/07 (not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

7/26/07 4:55 pm at Greenbelt, Maryland
Date and Time Issued

[signature]
Jillyn K. Schulze
United States Magistrate Judge

**Attachment A**

**Property to be Searched**

The residence of Edward Loomis, located at 515 Overdale Road, Baltimore, Maryland, more particularly described as follows:

515 Overdale Road, Baltimore, Maryland, is a two-story, single family home with a basement, located in a rural neighborhood. The residence is located on the east side of Overdale Road where it intersects with Woodside Road. The residence is a combination of red brick on the first two floors, and white vinyl siding covering the peak of the roof. A detached two car garage is located to the right of the residence. The garage is a combination of red brick on the corners and white vinyl siding covering the peak of the garage above the garage door. The garage door is white with four glass windows. The street facing windows are all bracketed by black window shutters, the roof is a gray colored shale tile, and the front door is a white color and set up four steps from the front walkway.

**Attachment B**

Items to be Seized

Any items which constitute evidence, instrumentalities, or fruits of violation of Title 18, United States Code, Sections 371 (Conspiracy To Commit An Offense Against The United States), 793 (Unlawful Disclosure of Classified National Defense Information), and 798 (Unlawful Disclosure of Classified Information), including specifically:

1. U.S. government documents, classified documents (including classified documents missing headers and footers), national defense intelligence documents and papers, and other documents relating to the National Security Agency (NSA) in electronic form only

2. ~~Papers or~~ documents relating to the transmittal of U.S. government documents, national defense and classified intelligence to representatives of the news media, or individuals not authorized to receive the information in electronic form only

3. Computer hardware, meaning any and all computer equipment, including any electronic devices that are capable of collecting, analyzing, creating, displaying, converting, storing, concealing, or transmitting electronic, magnetic, optical, or similar computer impulses or data. Included within the definition of computer hardware is any data processing hardware (such as central processing units and self-contained laptop or notebook computers); internal and peripheral storage devices (such as floppy disks, compact disks/CD-roms, hard disk drives, flash drives, tapes, or similar data storage devices/media); peripheral input/output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); related communications devices (such as modems, cables and connections); and any devices, mechanisms, or parts that can be used to restrict access to computer hardware (such as "dongles," keycards, physical keys, and locks).

4. Computer software, meaning any and all information, instructions, programs, or program codes, stored in the form of electronic, magnetic, optical, or other media, which is capable of being interpreted by a computer or its related components. Computer software may also include data, data fragments, or control characters integral to the operation of computer software, such as operating systems software, applications software, utility programs, compilers, interpreters, communications software, and other programming used or intended to be used to communicate with computer components.

5. Computer-related documentation in electronic form only ~~meaning, any written, recorded, printed, or electronically stored material~~ that explains or illustrates the configuration or use of any seized computer hardware, software, or related items.

6. Computer passwords and data security devices, meaning any devices, programs, or data – whether themselves in the nature of hardware or software – that can be used or are designed to be used to restrict access to, or to facilitate concealment of, any

computer hardware, computer software, ~~computer-related documentation~~, or electronic data records. Such items include, but are not limited to, data security hardware (such as encryption devices, chips, and circuit boards); passwords; data security software or information (such as test keys and encryption codes); and similar information that is required to access computer programs or data or to otherwise render programs or data into usable forms.

7. Any computer or electronic records, documents, and materials, including those used to facilitate interstate communications, in ~~whatever~~ electronic form only, such as ~~and by whatever means such records, documents, or materials, their drafts or their modifications, may have been created or stored, including, but not limited to, any hand-made form (such as writing or marking with any implement on any surface, directly or indirectly); any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures or photocopies); any mechanical form (such as photographic records, printing, or typing); and~~ electrical, electronic, optical, or magnetic ~~form (such as~~ data storage devices, ~~tape recordings, cassettes,~~ compact disks/CD-roms, optical disks, or the like), ~~as well as printouts and readouts from any such storage devices~~.

8. Any electronic information or data, stored in any form, which has been used or prepared for use either for periodic or random backup (whether deliberate, inadvertent, or automatically or manually initiated), of any computer or computer system. The form such information might take includes, but is not limited to, floppy disks fixed, hard disks, removable hard disk cartridges, tapes, laser disks, compact disks/CD-roms, video cassettes, and other media capable of data storage.

9. Any electronic storage device capable of collecting, storing, maintaining, retrieving, concealing, transmitting, and using electronic data, in the form of electronic records, documentation, and materials, including those used to facilitate interstate communications. Included within this paragraph is any information stored in the form of electronic, magnetic, optical, or other coding on computer media or on media capable of being read by a computer or computer-related equipment, such as floppy disk drives and disks, fixed hard disks, removable hard disk cartridges, tape drives and tapes, optical storage devices, laser disks, or other data storage devices.

~~10. Any personal digital assistants or electronic organizers, electronic calendars, or similar devices.~~

~~11. Any facsimile machines.~~

~~12. Any mobile/cellular telephone, cordless telephone, and land-line telephone with a memory and/or phone book feature.~~

~~13. Any and all phone records, to include, but not limited to, land-line phone records and cellular phone records.~~

PLLG

14. ~~Any and all notebooks, sheets of papers, or writing pads, including, but not limited to, those with typed or handwritten notes which relate to the program; the Terrorist Surveillance Program or other classified U.S. Government programs.~~

15. Any and all calendars, datebooks, day planners, rolodexes, address books, notes, journals, phone logs, phone number lists, message slips, other lists, in electronic form ~~or otherwise~~, reflecting business associates and other contacts of personal associates, including their phone numbers, addresses, email addresses, dates of meetings or appointments, and other identifying and contact information; and/or other written correspondence that constitutes a record of telephonic contact, meetings, or appointments.

16. Any files, newspaper clippings, newspaper articles, books or other reading material, photographs, correspondence, email messages, or other documents and material, in ~~whether in hardcopy or~~ electronic format, which concern the program or the Terrorist Surveillance Program, including, but not limited to, documents or records describing, commenting, highlighting or annotating *New York Times* articles about the Terrorist Surveillance Program, the book State of War: The Secret History of the CIA and the Bush Administration, or articles.

17. Any ~~correspondence~~, emails, ~~documents, calendar or diary entries;~~ electronic files, contact information, or data of any kind which reflect or relate to any communications or contacts of any kind with or any other reporter, journalist, employee or representative of

in electronic form



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

In the Matter of the Search of

515 Overdale Road
Baltimore, Maryland 21229

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

**CASE NUMBER:** 07-2360 JKS

I, Paul Michael Maric, being duly sworn depose and say:

I am a Special Agent with the Federal Bureau of Investigation, and have reason to believe that on the premises known as

> 515 Overdale Road, Baltimore, Maryland 21229, as more fully described in Attachment A hereto, which is incorporated in full,

in the District of Maryland, there is now concealed certain property, namely:

> See Attachment B hereto, which is incorporated in full,

which constitutes evidence, instrumentalities, or fruits of the following federal violations: Title 18, United States Code, Sections 371, 793, and 798.

The facts to support a finding of Probable Cause are as follows:

> See attached affidavit incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof. X YES NO

Paul M Maric
Signature of Affiant

Sworn to before me, and subscribed in my presence

7/26/07 at Greenbelt, Maryland
Date

Jillyn K. Schulze
United States Magistrate Judge