IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN WIEBE, et al.                              *

     Plaintiffs,                              *

                                           Civil Action No.: RDB-11-3245

         v.                              *

NATIONAL SECURITY AGENCY, et al.    *

     Defendants.                              *

*    *    *    *    *    *    *    *    *    *    *    *    *

## MEMORANDUM OPINION AND ORDER

This matter is before the Court in these consolidated cases for consideration of Magistrate Judge Stephanie A. Gallagher's Report and Recommendation (ECF No. 67) of September 14, 2012.  On February 9, 2012, this Court referred these consolidated cases to Magistrate Judge Gallagher to conduct hearings, including evidentiary hearings if necessary, and to submit proposed findings of fact and recommendations for the disposition of this matter.  *See* Order of Reference, ECF No. 8.  In particular, Magistrate Judge Gallagher has submitted a Report and Recommendation regarding Respondent the Government's Motion to Dismiss or, in the alternative, Motion for Summary Judgment (ECF No. 46), Petitioner William E. Binney's Motion for Summary Judgment (ECF No. 49), and Petitioner John K. Wiebe's Motion for Summary Judgment (ECF No. 53).  These matters were fully briefed, and Magistrate Judge Gallagher held a hearing on these motions on August 23, 2012.

## AUTHORITY FOR AND SCOPE OF REVIEW

Under 28 U.S.C. § 636(b)(1), Rule 72(a) of the Federal Rules of Civil Procedure, and Local Rule 305.1.b, an aggrieved party may file objections to or seek reconsideration of a

magistrate judge's ruling or report and recommendation within 14 days of its issuance.  After considering these objections, the district court may modify or set aside any portion of the magistrate judge's order or recommendation if it is "clearly erroneous or is contrary to law." *See, e.g.*, *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

## RESULT OF REVIEW

The Court will not restate the status of the underlying cases and the nature of the dispute, relying instead on the statement of facts and procedural posture set forth in the Report and Recommendation of the Magistrate Judge.

The Court has carefully reviewed Magistrate Judge Stephanie A. Gallagher's Report and Recommendation (ECF No. 67), the objections of the consolidated Petitioners (ECF No. 73) and the Government (ECF No. 75), along with its legal arguments and the responsive arguments of the Petitioners and Respondents (ECF Nos. 76, 77).  The Court approves the orders and recommendations by Magistrate Judge Gallagher and concludes that her determinations are neither clearly erroneous nor contrary to law.  Moreover, after careful review of the objections by the Petitioners and Respondents, as well as the pertinent portions of the Report and Recommendation to which objection was made, this Court determines that those objections are unavailing.  This Court fully agrees with the Magistrate Judge's conclusions.

For these reasons, the Court adopts the recommendation by Magistrate Judge Gallagher to GRANT IN PART and DENY IN PART the Government's Motion for Summary Judgment (ECF No. 46) and to DENY the Petitioners' Motions for Summary Judgment (ECF Nos. 49, 53).

## CONCLUSION

For the foregoing reasons, the Court ADOPTS the reasoning of and AFFIRMS Magistrate Judge Stephanie A. Gallagher's Report and Recommendation (ECF No. 67), and rejects the objections submitted by the consolidated Petitioners (ECF No. 73) and the Government (ECF No. 75).  Accordingly, it is ORDERED that:

1. The Report and Recommendation (ECF No. 67) of Magistrate Judge Stephanie A. Gallagher is ADOPTED AND APPROVED;

2. The Consolidated Petitioners' Objections (ECF No. 73) are OVERRULED;

3. The Respondents Federal Bureau of Investigation and National Security Agency's Objections (ECF No. 75) are OVERRULED;

4. Petitioner William E. Binney's Motion for Summary Judgment (ECF No. 49) is DENIED;

5. Petitioner John K. Wiebe's Motion for Summary Judgment (ECF No. 53) is DENIED;

6. The Respondent the Federal Bureau of Investigation and National Security Agency's Motion for Summary Judgment (ECF No. 46) is GRANTED IN PART and DENIED IN PART;

7. Pursuant to Federal Rule of Civil Procedure 56(a), JUDGMENT IS ENTERED in favor of the Government as to the information that it deems to be classified or NSAA information, including all eleven computer hard drives in question.

Date: March 27, 2013

_____/s/_____
Richard D. Bennett
United States District Judge