
Rod J. Rosenstein
United States Attorney

Thomas H. Barnard
Assistant United States Attorney

36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201

DIRECT: 410-209-4873
MAIN: 410-209-4800
FAX: 410-962-2310
TTY/TDD: 410-962-4462

May 7, 2013

The Honorable Stephanie A. Gallagher
United States Magistrate Judge
101 West Lombard Street
Baltimore, MD 21201

> RE: *Status Update: Thomas Drake*
> *Wiebe, et al. v National Security Agency, et al.*
> Civil No. RDB 11-3245

Dear Judge Gallagher,

In accordance with the results of our conferences on April 24, 2013, the government has completed what it labeled as "Step 1" for one of the HDDs for Mr. Drake, and has the following time estimates for Step 2 on that HDD. This time will begin once the Step 2 has completed for Mr. Wiebe, Binney, and Loomis. Additionally, each of the estimates are based on an understanding that the government will be searching for documents that it deems classified or protected, but that the government will not be "publicly releasing" the items returned (*vis a vis* FOIA), or certifying that the information returned does not contain classified or protected information. The information is being returned to the Plaintiff who already previously had it in his possession, and the government would simply not be asserting any privilege over the information. Mr. Drake will continue to be bound by their security agreements for use of any classified or protected information he finds or otherwise possesses.

The government has completed Step 1 for the HDD referred to as "IBM." NSA estimates it will take 2 weeks to complete Step 2 on this HDD, once the process is completed for the other HDDs already in the queue. The government has begun step 1 for 4 other HDDs and the floppy disks belonging to Mr. Drake. The government anticipates being in a position to provide another update in two weeks.

Very truly yours,

Rod J. Rosenstein
United States Attorney

By: _____
Thomas H. Barnard
Assistant United States Attorney

## Certificate of Service

I HEREBY CERTIFY that on May 7, 2013, a copy of the foregoing *correspondence*, was sent, via first class mail and email to *Pro Se* Plaintiffs:

John K. Wiebe
1390 Alison Court
Westminster, MD 21158

William E. Binney
7800 Elberta Drive
Severn, MD 21144

Edward F. Loomis Jr.
515 Overdale Road
Baltimore, MD 21229

Thomas Drake
3241 Sharp Road
Glenwood, MD 21738

_____/s/_____
Thomas H. Barnard
Assistant United States Attorney