**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Rod J. Rosenstein*
*United States Attorney*

*Thomas H. Barnard*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4873*
*MAIN: 410-209-4800*
*FAX : 410-962-2310*
*TTY/TDD: 410-962-4462*

July 1, 2013

The Honorable Stephanie A. Gallagher
United States Magistrate Judge
101 West Lombard Street
Baltimore, MD 21201

      RE:   *Status Update*
                *Wiebe, et al. v National Security Agency*, et al.
                Civil No. RDB 11-3245

Dear Judge Gallagher,

      This letter is an update to the previous status reports provided by the Defendants.

      First, with regard to the additional searching mentioned by Defendant's in its previous filing, those efforts have been completed with regard to Petitioners Binney, Loomis, and Wiebe. They are on-going still with Petitioner Drake's HDDs but are being done simultaneously with the other Step 1 processing of Petitioner Drake's HDDs.

      Second, the Defendants are happy to report that they have completed the production and delivery of information from Petitioner Binney's hard drive and floppy disks to Petitioner Binney on June 19, 2013. A separate notice and affidavit concerning this property will be filed with the court shortly. The Defendants are finalizing input from other government agencies concerning Mr. Binney's OGA material but also anticipate having a final determination on those documents shortly. Following either the return of those documents, or some assertion from the Defendants of privilege over those documents, the Defendants believe that all matters with regard to Petitioner Binney will be resolved.

      The Defendants are nearing completion of the classification review of Mr. Loomis' material as well. In coordination with Mr. Loomis, the Defendant's have agreed to attempt to reload the

releasable material and software to his HDD once the processing is finished with the understanding between both parties that while Defendants have agreed to make this attempt, they cannot guarantee the functionality of the reloaded HDD. Either way, the Defendant will produce the previously agreed to separate media containing releasable information. Defendants currently estimate being completed with the classification review (Step 2) for Petitioner Loomis by July 18, 2013.

There is no change to the status of any of Petitioner Weibe's material. It will begin classification review as soon as the NSA has completed with Petitioner Loomis' material. Defendants currently estimate completing classification review (Step 2) on Petitioner Weibe's material by August 15, 2013.

Petitioner Drake's material continues to be processed. Defendants anticipate having most of Petitioner Drakes HDD's ready for classification review as soon as the processing of Petitioner Weibe's material is complete.

Very truly yours,

Rod J. Rosenstein
United States Attorney

By:_____/s/_____
Thomas H. Barnard
Assistant United States Attorney

Certificate of Service

     I HEREBY CERTIFY that on July 1, 2013, a copy of the foregoing *correspondence*, was sent, via first class mail to *Pro Se* Plaintiffs:

| | |
|---|---|
| John K. Wiebe<br>1390 Alison Court<br>Westminster, MD 21158 | William E. Binney<br>7800 Elberta Drive<br>Severn, MD 21144 |
| Edward F. Loomis Jr.<br>515 Overdale Road<br>Baltimore, MD 21229 | Thomas Drake<br>3241 Sharp Road<br>Glenwood, MD 21738 |

                              _____/s/_____
                                  Thomas H. Barnard
                                  Assistant United States Attorney