

U.S. Department of Justice

United States Attorney
District of Maryland

*Thomas H. Barnard*
*Assistant United States Attorney*
*Thomas.Barnard@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4873*
*MAIN: 410-209-4800*
*FAX: 410-962-2310*

May 23, 2014

The Honorable Stephanie A. Gallagher
United States Magistrate Judge
101 West Lombard Street
Baltimore, MD 21201

    RE: *Status Update*
       *Wiebe, et al. v National Security Agency*, et al.
       Civil No. RDB 11-3245

Dear Judge Gallagher,

  This letter is a response to the Court's request for a more definitive timeline for the review and return of Petitioner Drake's information and property.

  As described in previous updates, Petitioner Drake's remaining data to review and return is the 4526 pages of papers and 5[1] HDDs. These HDDs have been previously identified as QHQ3, QHQ4, QHQ10, QHQ13 and QHQ14. The Defendants have completed the review of the 3 floppy disks and returned data from those disks on portable media to Petitioner Drake for review.

  For the 4526 pages, the Defendants have completed the review of approximately 500 pages so far. The pages are a mix of documents and handwritten notes. Many of the handwritten pages are illegible. The Defendants estimate that it can properly review these pages at an average rate of approximately 15 pages per hour. This rate can fluctuate depending on available assistance and other duty obligations, and it includes the initial review and a second level review for any pages for which a privilege assertion is contemplated. That would leave approximately 270 work hours remaining for the pages. Assuming that the reviewers can be available an average 5 hours of each duty day to work on this review, there would be 54 work days left for review of the hard copy paper, or approximately 11 work weeks.

---

[1] This is a correction from the May 15, 2014 status report where it was mistakenly reported as 4 HDDs.

For the HDDs, the electronic searches have identified approximately 1750 files that will require review.  Each file is of varying length.   The Defendants estimate that it will take approximately 2 weeks per HDD to review the potentially classified material.  Additionally, the review by HPSCI is estimated to add 2 weeks onto the total review process.

Accordingly, the Defendant estimates that approximately 23 weeks will be necessary to complete the entire information review and return for the remaining property of Petitioner Drake.  Documents that can be returned will be returned on a rolling basis as the review is completed. The estimated completion date is October 21, 2014.

However, that will not totally complete the process.  Once the information is returned, the Defendants will have to wait to wipe the physical hard drives and return them to Petitioner Drake until after he has had a chance to review the returns and the Defendant has responded to any concerns he raises.  Therefore, the Defendant requests the court set a deadline for the review and return of all information to Petitioner Drake to be October 21, 2014.  The parties can then work to resolve any disputes about the return, and then the physical HDDs can be wiped and returned.

Very truly yours,

Rod J. Rosenstein
United States Attorney


By:_____/s/_____
Thomas H. Barnard
Assistant United States Attorney

Certificate of Service

     I HEREBY CERTIFY that on May 23, 2014, a copy of the foregoing *correspondence*, was sent, via first class mail to the following *Pro Se* Plaintiff:

Thomas Drake
3241 Sharp Road
Glenwood, MD 21738

                                            _____/s/_____
                                                  Thomas H. Barnard
                                                  Assistant United States Attorney